# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHELEY LEN HOKANSON, | 3:24-cv-00490-ART-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| NHP SGT. BRIAN CAVANAUGH, et al., | Re: ECF No. 7 |
| Defendants. | |

Before the court is Plaintiff's Motion for Extension of Time to File Amended Complaint. (ECF No. 7.)

Good cause appearing, Plaintiff's Motion for Extension of Time to File Amended Complaint (ECF No. 7) is **<u>GRANTED</u>** to the extend that Plaintiff shall have to and including **September 5, 2025**, in which to file an Amended Complaint pursuant to the court's order (ECF No. 4).

**IT IS SO ORDERED.**

DATED: July 23, 2025.



Craig S. Denney
United States Magistrate Judge