1

2                         **UNITED STATES DISTRICT COURT**

3                                **DISTRICT OF NEVADA**

4    CHELEY LEN HOKANSON,

5                                                    3:24-cv-00490-ART-CSD
                              Plaintiff,
6         v.                                        **ORDER**

7    NHP SGT. BRIAN CAVANAUGH, et                    Re:  ECF No. 9
     al.,
8

9                              Defendants.

10         Before the court is Plaintiff's Motion for Extension of Time to File Amended Complaint. (ECF

11   No. 9.)

12

13         Good cause appearing, Plaintiff's Motion for Extension of Time to File Amended Complaint

14   (ECF No. 9) is **GRANTED** to the extent that Plaintiff shall have to and including **September 15,**

15   **2025**, in which to file an Amended Complaint pursuant to the court's order (ECF No. 4).

16         **IT IS SO ORDERED.**

17         DATED:  September 5, 2025.

18                                          

19   _____

20                                          Craig S. Denney
                                            United States Magistrate Judge
21

22

23

24

25

26

27