UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHELEY LEN HOKANSON,

    Plaintiff

v.

BRIAN CAVANAUGH, et al.,

    Defendants

Case No.: 3:24-cv-00490-ART-CSD

**Order**

Re: ECF Nos.12, 13, 14

The court granted Plaintiff's application to proceed *in forma pauperis* (IFP) and dismissed Plaintiff's complaint with leave to amend, and then granted Plaintiff's requests for an extension of time to file an amended complaint. (ECF Nos. 4, 7-10.) Plaintiff filed an amended complaint (ECF No. 11). Plaintiff subsequently filed a motion to compel the undersigned to issue a report and recommendation in this matter. (ECF No. 12.) Plaintiff then filed a motion to withdraw the motion to compel a report and recommendation. (ECF No. 13.) Plaintiff has also filed a motion requesting the status of her case. (ECF No. 14.)

The motion to withdraw the motion to compel a report and recommendation (ECF No. 13) is **GRANTED**. As such, the motion to compel a report and recommendation (ECF No. 12) is **DENIED AS MOOT**. Plaintiff is advised that her complaint is in lined to be screened pursuant to 28 U.S.C. § 1915 in due course.

**IT IS SO ORDERED**.

Dated: December 17, 2025

_____
Craig S. Denney
United States Magistrate Judge