UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHELEY LEN HOKANSON,

Plaintiff,

v.

BRIAN CAVANAUGH, et al.,

Defendants.

Case No. 3:24-cv-490-ART-CSD

ORDER
(ECF Nos. 45)

Plaintiff Cheley Len Hokanson has filed an unopposed motion to extend her time to file a second amended complaint. (ECF No. 45.) Defendants' responses were due by July 29, 2026, and Defendants have not responded. Good cause appearing, the Court grants Ms. Hokanson's unopposed motion.

IT IS THEREFORE ORDERED that Plaintiff's motion to extend time to file her Second Amended Complaint is GRANTED. (ECF No. 45.)

Plaintiff shall have up to the end of day on September 15, 2026 to file the Second Amended Complaint.

DATED: August 5, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE