**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHELEY LEN HOKANSON,

Plaintiff

v.

BRIAN CAVANAUGH, et al.,

Defendants

Case No.: 3:24-cv-00490-ART-CSD

**Order**

Re: ECF No. 52

Defendants have filed a motion for an extension of time to answer or otherwise respond to Plaintiff's First Amended Complaint (FAC). (ECF No. 52.) As the motion notes, District Judge Traum gave Plaintiff leave to file a Second Amended Complaint (SAC), and Plaintiff subsequently was granted an extension of time to file the SAC. They seek an order that they be permitted to respond to the SAC instead of the FAC. Plaintiff has since filed the SAC. (ECF No. 54.)

Defendants' motion (ECF No. 52) is **GRANTED** insofar as they have 21 days from the date they were served with the SAC to file their answer or responsive pleading to the SAC.

**IT IS SO ORDERED**.

Dated: September 22, 2026

Craig S. Denney
United States Magistrate Judge