**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHELEY LEN HOKANSON,<br>Plaintiff<br>v.<br>BRIAN CAVANAUGH, et al.,<br>Defendants | Case No.: 3:24-cv-00490-ART-CSD<br>**Order**<br>Re: ECF No. 56 |

On October 1, 2026, Plaintiff filed a motion to strike a document erroneously filed in this case, namely a Return of Waiver of Service for a defendant (Kae Ward) in another case. (ECF No. 56.) As no such document appears on the docket of this action, and it has in fact been properly filed in the appropriate case, there is nothing to strike. Plaintiff's motion to strike (ECF No. 56) is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: October 8, 2026

Craig S. Denney
United States Magistrate Judge